**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
MARY HURD BROWN,

            Plaintiff,

            -against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

            Defendant.
-------------------------------------------------------------x

20-CV-2424 (VEC) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of Plaintiff's request to extend the October 22, 2021 deadline to October 29, 2021. This request is **GRANTED**. The Clerk of Court is respectfully directed to mail a copy of this Order on the *pro se* Plaintiff.

Respectfully submitted,

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge

Dated: October 25, 2021
New York, New York