May 18, 2022

Dear Judge Wang;

RE; Extension Request  # 20-cv-02424-vec-otw

I wish to request an extension until June 1, 2022 on the DOE motion reply.  I have attached the email copy sent to DOE lawyer, Mr. Ellis for your review.

My reason for requested time is for a required medical procedure later this month and the preparation time needed.

Thank you, Your Honor Judge Wang, for your understanding to this request.


Respectfully yours,

Mary Hurd Brown

PO Box 1113
Bronx, NY 10451
917=583-6385