**From:** MHurd@schools.nyc.gov,
**To:** zellis@law.nyc.gov, mbrown39@verizon.net,
**Subject:** Extension Request
**Date:** Wed, May 18, 2022 7:57 am

---

Good Morning Mr. Ellis;

I am asking for an extension until June 1, 2022 to submit my reply. This request is made in reference to the preparation time needed for a scheduled required medical procedure later this month.

Thank for your understand.


Respectfully yours,
Beyond Blessed
Mary Hurd Brown
Attendance Teacher/Truant Officer
917 583 6385
mhurd@schools.nyc.gov