**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
MARY HURD BROWN,

          Plaintiff,

          -against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

          Defendant.

------------------------------------------------------------x

20-CV-2424 (VEC) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of Plaintiff's request for an extension of time until June 1, 2022 to oppose Defendants' Motion to Dismiss. (ECF 39-43). This request is **GRANTED**.

Plaintiff is directed to file her opposition to Defendants' Motion to Dismiss on or before **June 1, 2022.** Defendants' reply brief is due **June 15, 2022.**

The Clerk of Court is respectfully directed to mail a copy of this Order on the *pro se* Plaintiff.

Respectfully submitted,

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge

Dated: May 20, 2022
      New York, New York