June 1, 2022

Honorable Judge Ona t. Wang

Southern District of New York

RE:  Brown v New York City Department of Education et al., 320-CV-02424-VEC-OTW

Dear Judge Wang;

Your Honor would it be possible to have your clerk assist me with this matter.  Thank for your consideration and attention to this matter.

Respectfully yours

Mary Hurd Brown