(6170/87)

State of New York
WORKERS' COMPENSATION BOARD

# NOTICE OF WORKERS' COMPENSATION HEARING

| PLACE OF HEARING | Part | Date of Hearing | Time | District Office |
|---|---|---|---|---|
| Workers Compensation Board<br>180 Livingston Street<br>Brooklyn, NY  11248 | 4 | 04/03/2000 | 9:00 AM | Brooklyn<br>(718) 802-6765 |

| WCB Case No. | | Date of Accident | Social Security No. |
|---|---|---|---|
| 09350463 | | 03/03/1993 | |

| | Carrier ID No. | Carrier Case No. |
|---|---|---|
| | W842009 | 004093 21127 |

| CLAIMANT |
|---|
| Mary H. Brown |

Mary H. Brown
1920 Osborne Pl
PO Box 715
Bronx, NY  10453-0715

CLAIMANT:  Bring this notice with you.  Read
important information on reverse side.

I..IιII..I..I..I..I.I..I.I..I..I..I..I..I..I.

**EMPLOYER**   Education

**CARRIER**   City of New York
Department of Law, WCB Div.

**COPIES TO**   Empire Blue Cross and
Levidow, Levidow & Oberman
Israel, Adler and Ronca

## PURPOSE OF HEARING:

Question of periods held in abeyance.  Result of post-operative report.

## EVIDENCE TO BE PRODUCED:

By Claimant:  Claimant to produce post operative report.

## IMPORTANT INFORMATION FOR THE CLAIMANT:

In a compensable workers' compensation case, bills for related medical treatment are the responsibility of your own employer or its workers' compensation insurance carrier.  If you have used a private health insurance policy (Blue Cross, Blue Shield, G.H.I., H.I.P., or other) for payment of any bills in your workers' compensation case, please advise the private health insurer immediately.

In order to be reimbursed for any payments or co-payments you may have made for treatment or services which are the responsibility of the workers' compensation insurance carrier, you must tell the judge at this hearing about this payment.

Dated: 03/07/2000

THE BOARD EMPLOYS AND SERVES PEOPLE WITH DISABILITIES WITHOUT
DISCRIMINATION AND ASSURES HEARING LOCATIONS ACCESSIBLE
TO THE DISABLED. CONTACT THE NEAREST BOARD OFFICE
IF YOU HAVE SPECIAL ACCESSIBILITY NEEDS.

EC-16 (8/99)   238
(6170/211110-6)

#1
MHB

20CV-0242-Page
VEC-OTW



BOARD OF EDUCATION OF THE CITY OF NEW YORK
HAROLD O. LEVY, Chancellor

October 4, 2000

<u>CERTIFIED MAIL RETURN RECIPT REQUESTED</u> (7099 3044 0014 8972 5293)

Ms. Mary Hurd-Brown
P.O. Box 715
Bronx, NY 10453

SS#:

Dear Ms. Hurd-Brown,

    Pursuant to Section 2568 of the State Education Law, you are directed to report to the Medical Bureau, 65 Court Street, Room 203, Brooklyn, N.Y. 11201, on October 18, 2000 at 9:00 a.m. for a medical examination. Please bring all available, relevant, current medical information.

    This directive is made at the request of Mr. Richard Organisciak, Superintendent, Alternative Education. One person of your choice may accompany you to this examination. Please consult with your union representative.

    **Please be advised that failure to report to this examination may result in disciplinary action.**

Very truly yours,

Yvonne M. Joseph
Administrator
Medical Bureau

YMJ:hl

c:  Mr. Richard Organisciak, Superintendent, Alternative Educ
    Mr. Robert Galli, Principal, Auxiliary Services for H.S.
    Regular Mail
    Medical File

#1A
MHB
20-CV-02424-VEC-OTW

* DIVISION OF HUMAN RESOURCES * 65 COURT STREET * BROOKLYN, NY 11201 *
* MEDICAL BUREAU * (718) 935-2721 * FAX (718) 935-2641 *

**New York City Department of Education**
**Division of Human Resources and Talent**
65 Court Street,
Brooklyn, New York 11201

**PERSONNEL MEMORANDUM NO.4, 2009-2010**                                April 2010

TO:        All Superintendents, Network Leaders, Chief Executives, Executive Directors, Directors, Managers, Principals and Heads of Offices

FROM:      Lawrence E. Becker
           Chief Executive Office

SUBJECT:   **ACCOMMODATION REQUEST**

---

This memorandum supersedes Personnel Memorandum #51, 1997-98. It is the policy of the NYC Department of Education to provide equal employment opportunity to all qualified individuals with disabilities. Any current or prospective employee who is a qualified individual with a disability may request a reasonable accommodation in order to assist in performing the essential functions of his/her present assignment. Determinations regarding accommodations will be made on an individual basis after a review of the following: the individual's functional limitations; the medical documentation and examination of the individual, if necessary; the essential functions of the job; and whether the granting of the accommodation would impose an undue hardship on the Department of Education. Information regarding an individual's disability will be kept confidential to the extent required by law.

## REQUESTING AN ACCOMMODATION

As a first step, an individual who feels that he/she is in need of an accommodation must first discuss the request informally with his/her supervisor. An individual is not required to provide information as to the nature of his/her disability, and need only state that he/she is disabled and outline his/her functional limitations and the particular accommodation(s) requested. Examples of such accommodations are: visual aid equipment, elevator accessibility, assistance in the classroom and no escort duty. If an accommodation request is denied or cannot be provided through the above-referenced informal means, the employee may apply for a formal accommodation by submitting the Accommodation Request Form on page #2. Medical documentation to support the request must be attached. The request is to be forwarded to the N.Y.C. Department of Education, HR Connect Medical Administration Office, 65 Court Street, Room 201, Brooklyn, New York 11201, Att: Accommodation Unit.

## ADDITIONAL MEDICAL DOCUMENTATION AND/OR EXAMINATION

After reviewing the initial request and supporting medical documentation, additional medical documentation and/or an examination may be necessary to determine whether a reasonable accommodation is possible. In such cases, a request for additional information and/or a medical appointment notice will be mailed to the employee's home.

## GRANTING AN ACCOMMODATION

If a DOE physician determines that an employee has a disability and requires an accommodation, the DOE's Office of Equal Opportunity (OEO) will be notified of the physician's determination. This notification will include the employee's limitations. Upon receipt of the information, OEO will contact the employee's supervisor in order to determine the feasibility of granting an accommodation. If a reasonable accommodation is possible, OEO will forward the details of the accommodation to the Medical Office. Once granted, accommodations may be reevaluated, modified or terminated due to changed circumstances.

## NOTIFICATION OF A DETERMINATION

When a final determination to either approve or deny an accommodation request has been rendered, a letter will be mailed to the employee's home. A copy of the final determination letter will be placed in the employee's medical file and also forwarded to the employee's supervisor and the Office of Equal Opportunity.

Please contact the HR Connect Medical Administration Office at 718 935-2731 should you require any assistance or clarification.

#2
MAB
20-cv-02424-VEC-OTW

9:09

work TRAC CHARGE...

Dated: 03/07/2000

THE BOARD EMPLOYS AND SERVES PEOPLE WITH DISABILITIES WITHOUT
DISCRIMINATION AND ASSURES HEARING LOCATIONS ACCESSIBLE
TO THE DISABLED. CONTACT THE NEAREST BOARD OFFICE
IF YOU HAVE SPECIAL ACCESSIBILITY NEEDS.

EC-16 (6/90)  238

Page 1 of 1

Rating Officer

Steven Grossman <nycattendanceteachers@gmail.com>
Sun 11/18/2018 7:01 PM

To Hurd Mary <MHurd@schools.nyc.gov>:
Cc Steven Grossman <sgrossman@uft.org>:

Hi Mary,
I most assuredly did get back to you.

We had a long *discussion about who the rating officer is*. It
is and always has been the payroll principal.

With that said, the guidelines on AT ratings are lacking in
detail.   We also discussed that in some detail.

Obviously you did not get the result you had hoped for.
What happened with the promise that Ms. Suttell made to
you and our discussion about approaching her at the PD.

Sincerely,

Steve Grossman

Rating Officer

Steven Grossman <nycattendanceteachers@gmail.com>
Sun 11/18/2018 7:01 PM

To Hurd Mary <MHurd@schools.nyc.gov>:
Cc Steven Grossman <sgrossman@uft.org>:

#24
MHB
20-CV-02424-
VEC-OTW



**NYC Department of Education**
Chancellor Richard A. Carranza

# An Introduction To
# Travel Reimbursement
# &
# Approval Certification
# (TRAC)

Published by:

**DFO**
DIVISION OF FINANCIAL OPERATIONS

Payables Administration

#3
VMHB
20-CV-02424-Vec.OTW

TRAC Travel Options

## Out of Town Travel-Reimbursement

- ⅋ Employees must use TRAC to initiate transportation, overnight lodging and meal reimbursement requests after engaging in a qualifying activity on behalf of the DOE.

- ○ Payment or Reimbursement for out of town/overnight travel expenses are permitted whenever authorized in accordance with the SOP.

## Request for Use of Personal Vehicle

- ⅋ Utilized if you intend to use your personal vehicle for official DOE business.

- ○ Utilize only if alternate means of transportation is not practical.

- ○ Should not be used due to preference.

## Exception Request

- ⅋ Utilized when lodging and/or meal rates exceed GSA limits.

- ○ Approval will be required by not only the initial approver but the executive director of the DFO.

#3A
MHB
20-CV-D2424-VEC-OTW

TRAC Progress Screen

**NYC** Department of Education

An email has been sent to the approver. You will be notified as the TR/C progresses.
TRAC Tracking ID generated is : **TR16000643**

Next

You will receive a TRAC Tracking ID number and an email is sent to the approver.

TRAC

#3B
MHB
20-CV-02424-VEC-OTW

28

NYC Department of Education

T R A C

TRAC User Guide

DOE Travel FAQ's

## TRAC - USER OPTIONS

Pending Approval | Show Chart

### Information

Please Select an option.

Before doing so, hold the mouse over each option to get a brief burb of what each module means.

You may go directly to the SOP chapter on *Travel and Conferences* by clicking on the following link: "Travel & Conference SOP

○ **Local Travel Reimbursem**

○ Out Of Town Travel-Requ

○ **Out Of Town Travel-Requ (International)**

○ Out Of Town Travel-Reimbursement

○ **Edit Rejected TRAC**

### Pending Approval

Pending TRAC Approval Requests

Pending Personal Car Requests

**Search: Document Number** ⌄    tr170015722

**tr170015722 is currently awaiting approval by eric friedman. Pl efriedman7@schools.nyc.gov to have this approved**

Searc

NYC Department of Education

TRAC — USER OPTIONS

Information

Please Select an option.

Before doing so, hold the mouse over each option to get a brief blurb of what each module means.

You may go directly to the SOP chapter on *Travel and Conferences* by clicking on the following "link:"

Travel & Conference SOP

○ **Local Travel Reimbursement**

○ **Out Of Town Travel-Req...**

○ **Out Of Town Travel-Req... (International)**

○ **Out Of Town Travel-Reimbursement**

○ **Edit Rejected TRAC**

Pending Approval | 👁 Show Chart

TRAC

Version? ?

TRAC User Guide

DOE Travel FAQs

**Pending Approval**

Pending TRAC Approval Requests

Search: Document Number ∨   tr170015695   Search

**tr170015695 is currently awaiting approval by eric friedman. Pl efriedman7@schools.nyc.gov to have this approved**

Pending Personal Car Requests

#31
MHB
20-CV-02424-VEC-OTW

Travel Details Screen

**NYC** Department of Education

TRAC

Version 3.0

TRAC - TRAVEL DETAILS

Type in a Detailed Description of your trip

Load TRAC

Information

Please enter:

The traveler must enter reasons and justifications for the trip. This screen is used for both local and out of town travel that will show both a start date and end date. For out of town travel the traveler will be able to choose the city and state he/she is traveling to. For local travel, the traveler will only be able to choose within the 5 boroughs of NYC. More travel dates may be used by clicking on "Add More Dates (Fragmented Travel).

**In narrative form give a detailed description of your trip:**

**Reasons And Justifications:**

**Travel Destination:**
--Select Reason--    |--Select City-- ⌄

NY ⌄

**Travel Dates:**
Date

Add More Dates (Fragmented Travel)

**Note:**   If greater than 3 participants from one Office/Division plan to attend an external retreat, meeting, or conference, the Leadership member must have DOE Chief Operating Officer (or designee) approval to attend.

Start Over            Back   Next

14

#3 E
MHB
20-CV-02424-VEC-OTW

# Expense Details Screen

**NYC** Department of Education

TRAC - EXPENSE DETAILS

The travel dates selected will appear at the top of the Expense Details screen.

To access the current GSA (General Services Administration) rates click on the link. GSA Rates cover Per Diem, Meals, Airfares, Hotels and Privately Owned Vehicles

Save TRAC | Load TRAC

Enter Personal Vehicle Mileage (if applicable), Click on either **Actual Mileage** or **Minimum Mileage**. *Indicate actual mileage driven while using your personal vehicle for DOE business. A Personal Vehicle form has to be completed and approved to input information.*

**Information**
These fields are for Local Travel Only.
Rates cover Over Items with "?" to get description.

Expense Details for Travel Dates:
Click here to access GSA Rates

For more information to visit Redform.com

○ Actual Mileage   ○ Minimum Mileage

**? Personal Vehicle Mileage:**

**? Mileage Cost:**

**Tolls:**

**Parking:**

**Ground Transportation:**

**Mass Transit:**

**Other:**

**Total**

**Grand Total**

**Actual Expenses**
$0.00
$0.00
$0.00
$0.00
$0.00
$0.00
$0.00

↺ Start Over

**Input:**
Mileage (Cost for miles used)
Tolls
Parking
Ground Transportation
Mass Transit
Other

Click **Next**

⇦ Back   ⇨ Next

TRAC   Version 2.0

#3f
MH5
20-CV-02424-VEC-OTW



#3 %
MHB
20-CV-02424-VEC-OTW



#3 H
M HB
20-CV-02424-VEC-OTW

# NYC

## Department of Education

# TRAC

TRAC User Guide

DOE Travel FAQs

Pending Approval | Show Chart

## TRAC - USER OPTIONS

**Information**

Please Select an option.
Before doing so, hold the mouse over each option to get a brief blurb of what each module means.
You may go directly to the SOP chapter on *Travel and Conferences* by clicking on the following link: "Travel & Conference SOP

○ **Local Travel Reimburse**

○ Out Of Town Travel-Requ

○ **Out Of Town Travel-Requ**
   **(International)**

○ Out Of Town Travel-
   **Reimbursement**

○ Edit Rejected TRAC

### Pending Approval

Pending TRAC Approval Requests

Search: Document Number ✔    tr170015714    Search

**tr170015714 is currently awaiting approval by eric.friedman. Pl**
**efriedman7@schools.nyc.gov to have this approved**

Pending Personal Car Requests

#3#
M+B
20-cv-02424-VEC-OTW

**NYC Department of Education**

TRAC - USER OPTIONS

Information

Please Select an
option.
Before doing so,
hold the mouse
over each option
to get a brief blurb
of what each
module means.
You may go
directly to the SOP
chapter on *Travel
and Conferences*
by clicking on the
following link:
"Travel &
Conference SOP

○ **Local Travel Reimbursem**

○ **Out Of Town Travel-Req**

○ **Out Of Town Travel-Req**
    **(International)**

○ **Out Of Town Travel-**
    **Reimbursement**

○ **Edit Rejected TRAC**

Pending Approval | Show Chart

**Pending Approval**

Pending TRAC Approval Requests

**Search:** Document Number ∨   tr170015664    Search

**tr170015664 is currently awaiting approval by eric friedman. Pl**
**efriedman7@schools.nyc.gov to have this approved**

Pending Personal Car Requests

T R A C

TRAC User Guide

DOE Travel FAQs

# 3J
MHB
20-CV-02424-VEC-OTW

NYC Department of Education

T R A C

Pending Approval | 🔍 Show Chart

TRAC User Guide

DOE Travel FAQs

## TRAC - USER OPTIONS

### Information

Please Select an option.

Before doing so, hold the mouse over each option to get a brief blurb of what each module means.

You may go directly to the SOP chapter on *Travel and Conferences* by clicking on the following link: "Travel & Conference SOP

○ **Local Travel Reimbursen**

○ **Out Of Town Travel-Requ**

○ **Out Of Town Travel-Requ**
   **(International)**

○ **Out Of Town Travel-**
   **Reimbursement**

○ **Edit Rejected TRAC**

### Pending Approval

Pending TRAC Approval Requests

**Search:** Document Number ⌄   tr170015684    Search

**tr170015684 is currently awaiting approval by eric friedman. Pl efriedman7@schools.nyc.gov to have this approved**

Pending Personal Car Requests

#3K
M4?3
20-CV-024 24-VEC-
OTW

NYC Department of Education

TRAC

TRAC User Guide

DOE Travel FAQs

TRAC - USER OPTIONS

Pending Approval | [≡] Show Chart

**Information**

Please Select an option.

Before doing so, hold the mouse over each option to get a brief blurb of what each module means.

You may go directly to the SOP chapter on Travel and Conferences by clicking on the following link: "Travel & Conference SOP

○ **Local Travel Reimburse**

○ **Out Of Town Travel-Req**

○ **Out Of Town Travel-Req (International)**

○ **Out Of Town Travel-Reimbursement**

○ **Edit Rejected TRAC**

**Pending Approval**

Pending TRAC Approval Requests

Search: Document Number ∨   | tr170015685

**'TR170015685' already sent to FAMIS.**

[Searc]

Pending Personal Car Requests

#3L
M#B
20-CV-02424-VEC-
- OTW

**NYC Department of Education**

TRAC

Travel & Conference SOP
Travel & Conference SOP

TRAC User Guide

DOE Travel FAQs

Pending Approval | Show Chart

## TRAC - USER OPTIONS

**Information**

Please Select an option.

Before doing so, hold the mouse over each option to get a brief blurb of what each module means.

You may go directly to the SOP chapter on _Travel and Conferences_ by clicking on the following link:" Travel & Conference SOP

○ **Local Travel Reimbursem**

○ Out Of Town Travel-Requ

○ **Out Of Town Travel-Requ**
   **(International)**

○ **Out Of Town Travel-**
   **Reimbursement**

○ Edit Rejected TRAC

### Pending Approval

Pending TRAC Approval Requests

Search: Document Number ✕   tr170018427

**tr170018427 is currently awaiting approval by eric friedman. Pl**
efriedman7@schools.nyc.gov to have this approved

Search

Pending Personal Car Requests

K3 M
M#B
20-CV-02424-
VEC-OTW

NYC Department of Education

T R A C

TRAC User Guide

DOE Travel FAQs

Pending Approval | Show Chart

Information

TRAC - USER OPTIONS

Please Select an option.

Before doing so, hold the mouse over each option to get a brief blurb of what each module means.

You may go directly to the SOP chapter on *Travel and Conferences* by clicking on the following link:" Travel & Conference SOP

○ **Local Travel Reimbursem**

○ **Out Of Town Travel-Req**

○ **Out Of Town Travel-Req (International)**

○ **Out Of Town Travel-Reimbursement**

○ **Edit Rejected TRAC**

**Pending Approval**

Pending TRAC Approval Requests

Search: Document Number ⌄ | tr170015718

'TR170015718' was Approved.

Search

Pending Personal Car Requests



**Department of Education**
Carmen Fariña, Chancellor

DIVISION OF FINANCE
52 Chambers Street, New York, NY, 10007

# SCHOOL ALLOCATION MEMORANDUM NO. 52, FY 2018

**DATE:**     **July 17, 2017**

**TO:**      **Community Superintendents**
         **High School Superintendents**
         **Field Support Center Teams**
         **School Principals**

**FROM:**    **Raymond J. Orlando, Chief Financial Officer**

**SUBJECT:**   **Attendance Improvement/Dropout Prevention (AIDP) Discretionary Allocation**

This memorandum allocates AIDP funds to support student services which address barriers to academic progress including attendance problems, family-related issues, and discipline problems. Services provided may include school guidance and counseling, attendance improvement efforts, and coordination of services provided by other agencies.

**Table 1: Summary AIDP Discretionary Allocation**

| District | Allocation Category | Quick Code | Amount |
|---|---|---|---|
| Schools (D 1 – 32) | AIDP | 078701 | 5,958,333 |
| TOTAL | | | 5,958,333 |

Funds in allocation category **AIDP** are for eligible schools for personnel costs, including attendance support positions such as family workers, guidance counselors, social workers and other staff members responsible for supplementing attendance programs with interventions or capacity development. Allocation category **AIDP** is exclusively for personnel costs plus local travel reimbursements for AIDP-funded staff. AIDP is available to schools to supplement attendance programs with personnel who have specialized skills and abilities to provide preventive and intervention services to students and families.

Schools with AIDP allocations will be asked to describe the job duties of school staff funded in part or whole by AIDP, including per session assignments. Schools that do not respond to the request for information risk losing the funding in the following years.

AIDP funds may **not** be used for staff who primarily perform operational duties like monitoring hallways or lunch rooms, or for staff that spend most of their time on daily attendance routines (collecting and scanning rosters, late notes, parent letters and calls). Schools that use AIDP to fund these non-allowable positions/roles will be removed from the AIDP discretionary allocation for FY 2019.

Ten schools, selected in prior years, will continue to receive funding to cover full-time school social workers who provide support to chronically absent students by identifying and addressing the factors that cause them to miss school. Schools may read more about best practices for increasing student attendance here on the Principals' Portal.

MH #4
20-CV-02424-VEC-OTW

# School Allocation Memorandum No. 52, FY 2018
**Attendance Improvement/Dropout Prevention (AIDP) Discretionary Alloca**

## Table 2: Schools Allocation Summary

| FSC | FSC Team | Location | Amount |
|-----|----------|----------|--------|
| 94MFSC | 94MR03 | 01M378 | 1,000 |
| 94MFSC | 94MR01 | 01M448 | 5,457 |
| 94AFSA | 94AR05 | 01M450 | 25,490 |
| 94MFSC | 94MR04 | 02M347 | 6,696 |
| 94AFSA | 94AR03 | 02M393 | 1,000 |
| 94MFSC | 94MR01 | 02M425 | 4,552 |
| 94AFSA | 94AR03 | 02M546 | 1,000 |
| 94MFSC | 94MR02 | 02M586 | 27,943 |
| 94MFSC | 94MR02 | 02M655 | 18,565 |
| 94MFSC | 94MR05 | 03M076 | 21,371 |
| 94MFSC | 94MR05 | 03M149 | 34,476 |
| 94MFSC | 94MR05 | 03M241 | 29,769 |
| 94MFSC | 94MR05 | 03M256 | 13,097 |
| 94MFSC | 94MR05 | 03M415 | 64,200 |
| 94AFSA | 94AR03 | 03M860 | 16,865 |
| 94MFSC | 94MR06 | 04M038 | 22,542 |
| 94AFSA | 94AR03 | 04M555 | 16,594 |
| 94MFSC | 94MR05 | 05M030 | 34,288 |
| 94MFSC | 94MR05 | 05M036 | 13,390 |
| 94MFSC | 94MR05 | 05M092 | 25,154 |
| 94MFSC | 94MR05 | 05M129 | 45,295 |
| 94MFSC | 94MR06 | 05M154 | 23,049 |
| 94MFSC | 94MR06 | 05M175 | 31,677 |
| 94MFSC | 94MR07 | 06M004 | 24,171 |
| 94MFSC | 94MR07 | 06M018 | 50,272 |
| 94MFSC | 94MR07 | 06M052 | 114,350 |
| 94MFSC | 94MR02 | 06M552 | 1,000 |
| 94XFSC | 94XR06 | 07X001 | 10 |
| 94XFSC | 94XR06 | 07X296 | 12,240 |
| 94XFSC | 94XR06 | 07X298 | 130,709 |
| 94AFSA | 94AR02 | 07X527 | 102,500 |
| 94AFSA | 94AR01 | 07X551 | 1,000 |
| 94AFSA | 94AR02 | 07X600 | 74,843 |
| 94XFSC | 94XR01 | 07X670 | 130,709 |
| 94XFSC | 94XR07 | 08X048 | 24,027 |
| 94XFSC | 94XR07 | 08X062 | 27,942 |
| 94XFSC | 94XR07 | 08X123 | 56,806 |
| 94XFSC | 94XR07 | 08X131 | 45,518 |
| 94XFSC | 94XR01 | 08X282 | 1,000 |
| 94XFSC | 94XR07 | 08X302 | 37,382 |
| 94XFSC | 94XR07 | 08X367 | 1,000 |
| 94XFSC | 94XR02 | 08X405 | 13,655 |
| 94XFSC | 94XR08 | 09X004 | 61,410 |



**The University of the State of New York**
The State Education Department
Teacher Tenure Hearing Unit
EBA Room 981
Albany, New York 12234

Ph:  (518) 474-3021
Fax:  (518) 402-5940

(06/12)

## Notice of Determination of Probable Cause on Education Law §3020-a Charges

| Instructions: | This Notice must be served on the tenured employee along with a copy of the Education Law §3020-a charges, the Rights of Tenured Employees form and the Hearing Request/Waiver form. |
|---|---|

### Tenured Employee Information

| Name | Mary Hurd- Brown |
|---|---|
| Address | |
| Address | P.O. BOX 1113 |
| City, State, Zip | Bronx, NY 10451 |

### Notice to Tenured Employee

| Date Charges Filed: | | Date of Executive Session: | |
|---|---|---|---|

Please be advised that at a meeting in executive session on  the above date the school district identified herein has found that there is probable cause for Education Law §3020-a charge(s) against you.   The specific charges are attached to this form.  Within **ten** (10) days of receipt of these charges, you must elect to request a hearing before an impartial hearing officer, or waive your right to such a hearing. Should you fail to so request or to waive your right to a hearing within the specified ten days, the district clerk or the secretary of the board of education will notify both you and the Commissioner of Education that a waiver has been deemed to have occurred and that the board of education will meet to determine the case and fix the penalty or punishment, if one is to be imposed.

### School District Information

| District Name | District 2- Affinity Field Support Center | | |
|---|---|---|---|
| Address | | Phone | 718-935-5618 |
| Address | 131 Livingston Street 6th Floor | Phone 2 | |
| City, State, Zip | Brooklyn, NY 11201 | Fax | |
| Contact Name | Executive Director Alexandra Anormaliza | Email | AANORMA @ SCHOOLS.NYC.GOV |

### Authorized Signature

| Name | Alexand A | Date | 1 25 2019 |
|---|---|---|---|

#5
M H B
20-CV-02424-VEC-OTW

## SPECIFICATIONS

**MARY HURD-BROWN** (hereinafter referred to as "Respondent"), under File #0736997, is a tenured Attendance Teacher employed by the Affinity Field Support Team. During the 2016-2017, 2017-2018 and 2018-2019 school years, Respondent engaged in misconduct, insubordination, verbal abuse, fraud, unauthorized absence, conduct unbecoming her position and neglect of her duties as follows:

### In Particular:

**SPECIFICATION 1:**       On about and between September 22, 2016 through February 17, 2017, Respondent:

   a. Failed to attend the mandatory Attendance Teacher Meetings scheduled on:
         i. September 22, 2016.
         ii. January 5, 2017.
   b. Stated to her supervisor in sum and substance, "I have no time for your meetings, I have home visits to do. I have nothing to learn from you."
   c. Failed to submit weekly iLogs.
   d. Failed to make required scheduled weekly visits to her assigned schools.

**SPECIFICATION 2:**       On or about and between June 5 through 6, 2017, Respondent:

   a. Attended the New York State Attendance Teacher Conference, a non-Department of Education ("DOE") conference without prior permission from her supervisor.
   b. Failed to inform her supervisor she was attending a non-DOE conference.
   c. Failed to receive prior approval before attending a non-DOE conference.
   d. Failed to follow proper New City Department of Education and/or school policies and procedures regarding attendance.
   e. Stated to her supervisor, in sum and substance, "I didn't have approval. I never got approval before and I went to the conference anyway."

**SPECIFICATION 3:**       On or about October 11, 2017, while assigned to the Urban Assembly School of Business for Young Women, Respondent:

   a. Stated to Student A* in sum and substance, "The apple doesn't fall far from the tree."
   b. Pulled out an Attendance Teacher badge to show students.
   c. While having the badge displayed stated to Student A in sum and substance, "If you want to take this to the next level, I will take you out of here in handcuffs."

**SPECIFICATION 4:**       By committing the actions described in Specification 3, Respondent acted in a manner that has or would have the effect of unreasonably and substantially interfering with a student's mental, emotional, or physical well-being.

#5A
MHB
02-CV-02424- VEC-OTW

**SPECIFICATION 5:**     By committing one, some or all of the actions described in Specification 3, Respondent acted in a manner which substantially interfered with a student's ability to participate in or benefit from an educational program, school sponsored activity or any other aspect of a student's education.

**SPECIFICATION 6:**     On or about September 7, 2018, Respondent, while assigned at Stephen T. Mather Building Arts and Craftsmanship High School:

    a. Falsely recorded the time of her visit to East Side Community School (M450) on her timesheet.
    b. Made an unauthorized school visit to George Washington Educational Campus.
    c. Failed to record a site visit at George Washington Educational Campus on her timesheet.
    d. Failed to record that she left work early on her timesheet.
    e. Failed to notify her main school base supervisor, administration, or staff that she left work early.

**SPECIFICATION 7:**     On or about September 21, 2018, Respondent:

    a. Performed an unauthorized home visit at approximately 6:37 a.m.
    b. Failed to follow proper school rules, protocols and procedures regarding early morning home visits.

**SPECIFICATION 8:**     On or about September 25, 2018, Respondent:

    a. Walked away from her supervisor and/or administration while they were speaking with her.
    b. Refused to meet with her supervisor and/or administrators as directed.
    c. Stated to Assistant Principal Mayer, in sum and substance, "I don't have time to do Mather's assigned home visits for the week."

**SPECIFICATION 9:**     On or about and in between September 25, 2018 and October 22, 2018, Respondent failed to perform her professional responsibilities when she:

    a. Failed to respond to a notice of a meeting scheduled for September 28, 2018.
    b. Refused to meet with her supervisor and/or administrators as directed.
    c. Failed to check-in daily with administrators as previously directed.
    d. Failed to attend Attendance Team meetings.
    e. Failed to develop and submit a weekly schedule.
    f. Refused to properly complete timesheets.
    g. Stated to her supervisor, in sum and substance, "No I don't have to." in reference to using timesheets provided to document her time.
    h. Failed to properly complete iLogs.

#5B
MHB
20-CV-02424-VEC-OTW

**SPECIFICATION 10:**    On or about October 9, 2018, during a meeting with her supervisor and/or administration, Respondent:

a. Shrugged and began to walk out of the meeting while stating in sum and substance, "I am leaving."
b. Continued to walk away after being directed not to leave by her supervisor.
c. Refused to reschedule the meeting.
d. Refused to follow her agreed upon site visit schedule.
e. Failed to complete her assigned scheduled home visits.

**SPECIFICATION 11:**    On or about and between October 16 through 18, 2018, Respondent:

a. Failed to properly log the number of home visits completed.
b. Falsely reported the number of home visits conducted on:
    i. October 17, 2018.
    ii. October 18, 2018.

**SPECIFICATION 12:**    On or about October 16, 2018, during a meeting her supervisor and/or administration, Respondent:

a. Refused to acknowledge her supervisor and/or administration during questioning.
b. Walked into the hallway, away from her supervisor and/or administration while they were speaking with her.
c. Refused to re-enter the office when directed to do so by her supervisor and administration.

**SPECIFICATION 13:**    On or about October 17, 2018, Respondent:

a. Reported to Angelo Patri Middle School (M391), an unassigned school, without permission or authority from her supervisor.
b. Stated to her supervisor, in sum and substance, "I went there to use the restroom, and to prove I worked that day."

**SPECIFICATION 14:**    On or about October 22, 2018, during a meeting with her supervisor and/or administration, Respondent:

d. Refused to acknowledge her supervisor and/or administration during questioning.
e. Refused to speak during portions of the conference.
f. Walked away from her supervisor and/or administration while they were speaking with her.

**SPECIFICATION 15:**    On or about and between October 1, 2018 and November 19, 2018, Respondent:

a. Failed to conduct a home visit for Student B*.
b. Failed to conduct a home visit for Student C*.

#5C
MHB
20-CV-02424-VEC-OTW

c. Failed to notify her supervisor and/or school administration that these visits were not conducted.

**SPECFICATION 16:**        During the 2016-2017, 2017-2018 and 2018-2019, school years, Respondent:

a) Failed to provide attendance support to one of more students under her supervision.
b) Failed to follow the directives of her supervisors and/or administration.
c) Failed to adhere to policies and procedures governing Attendance Teachers.
d) Jeopardized student(s) academic progress by not adhering to proper protocols.

### The foregoing constitutes:

- Just cause for discipline under Education Law §3020-a;
- Conduct unbecoming Respondent's position or conduct prejudicial to the good order, efficiency, or discipline of the service;
- Substantial cause rendering Respondent unfit to perform properly her obligations to the service;
- A violation of the by-laws, rules and regulations of the Chancellor, Department, School and/or District;
- Insubordination;
- Verbal Abuse;
- Unauthorized Absence;
- Misconduct;
- Fraud;
- Neglect of duty; and
- Just cause for termination

*Student Name(s) Will Be Provided Prior To Trial

# 5D
MHPS
20-CV-02424-VEC-OTW