**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
MARY HURD BROWN,                              :
                                              :
                Plaintiff,             :      20-CV-2424 (VEC) (OTW)
                                              :
                -against-              :      **ORDER**
                                              :
NEW YORK CITY DEPARTMENT OF                   :
EDUCATION,                                    :
                                              :
                Defendant.             :
                                              :
------------------------------------------------------------x

      **ONA T. WANG**, **United States Magistrate Judge**:

      The Court is in receipt of *pro se* Plaintiff's motion to adjourn the Initial Case Management Conference on January 24, 2023, and related deadlines. (ECF 71). Defendant is directed to respond by **January 13, 2023**.

      The Clerk of Court is respectfully directed to mail a copy of this Order to the *pro se* Plaintiff.

                                                                                            Respectfully submitted,

                                                                              *s/ Ona T. Wang*
Dated: January 9, 2023                                                   **Ona T. Wang**
      New York, New York                                  United States Magistrate Judge