**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
MARY HURD BROWN,

              Plaintiff,

              -against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

              Defendant.

------------------------------------------------------------x

20-CV-2424 (VEC) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of *pro se* Plaintiff's motion to adjourn the Initial Case Management Conference on January 24, 2023, and related deadlines. (ECF 71). Defendant does not oppose. (ECF 73). Plaintiff's motion is **GRANTED**. The Initial Case Management Conference scheduled for January 24, 2023, is ADJOURNED to **March 14, 2023, at 11:30 a.m. in Courtroom 20D, 500 Pearl Street, New York, NY 10007**.

The deadline to file a Report of Rule 26(f) Meeting and Proposed Case Management Plan is extended to one week before the Initial Conference, i.e., by **March 7, 2023**. The deadline to file a joint letter briefly explaining disagreements about the terms of the proposed schedule is extended to one week before the Initial Conference, i.e., by **March 7, 2023**.

The Clerk of Court is respectfully directed to mail a copy of this Order to the *pro se* Plaintiff.

Respectfully submitted,

*s/ Ona T. Wang*

Dated: January 13, 2023
New York, New York

**Ona T. Wang**
United States Magistrate Judge