**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

MARY HURD BROWN,

                Plaintiff,         20-CV-2424 (VEC) (OTW)

                -against-        **ORDER**

NEW YORK CITY DEPARTMENT OF EDUCATION,

                Defendant.

-------------------------------------------------------------x

       **ONA T. WANG**, **United States Magistrate Judge**:

       The Court is in receipt of ECF Nos. 87 and 88. Where a party appears *pro se*, the Court must construe their pleadings broadly and interpret them to raise the strongest arguments that they suggest. *Graham v. Henderson*, 89 F.3d 75, 79 (2d Cir.1996). The Court construes *pro se* Plaintiff's letter as a motion for expedited discovery of: (1) the documents contained in SED File #26, 3654; (2) emails between Eric Friedman and Principal Gabbard discussing the denial of Plaintiff's car accommodation; and, (3) Plaintiff's medical record. (ECF 87 at 1, 2). The parties are directed to meet and confer on if Defendant can expedite the aforementioned documents. The parties are further directed to file a **joint status letter** by **June 2, 2023**, to be filed on the docket by counsel for Defendant.

The Clerk of Court is respectfully directed to mail a copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

Dated: May 22, 2023
  New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge