**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
MARY HURD BROWN,                                :
                                                                        :
                  Plaintiff,                  :         20-CV-2424 (JGLC) (OTW)
                                                                        :
                  -against-                  :         **ORDER**
                                                                        :
NEW YORK CITY DEPARTMENT OF      :
EDUCATION,                                           :
                                                                        :
                  Defendant.               :
                                                                        :
-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of the parties' joint letter to the Honorable Jessica G. L. Clarke dated August 7, 2023. (ECF 96). The parties are directed to complete discovery on the following schedule:

(1) Defendant's deadline to respond to Plaintiff's Second Set of Document Requests (*see* ECF 96 at 6) is extended to **August 11, 2023.**

(2) The Court construes *pro se* Plaintiff's request to depose Eric Friedman, Larry Gabbard, and Alexandra Anormaliza as Plaintiff's initial list of deponents. (ECF 96 at 3). The deadline for Plaintiff to supplement, revise, or add to her list of deponents is **September 1, 2023**.

(3) Plaintiff shall be deposed by **September 8, 2023**, or, if her deposition cannot be completed by September 8, 2023, have a scheduled date certain for her deposition.

(4) Plaintiff's request for Defendants to "secure 100 Gold Street to depose . . . via zoom" is **DENIED**. (ECF 96 at 3). Depositions shall occur at the **Office of the Corporation Counsel of the City of New York, 100 Church Street, New York, New York 10007**.

(5) The parties shall meet and confer by **September 8, 2023,** to resolve any remaining deposition issues.

(6) The parties shall submit a **joint status letter** no more than three pages by **September 14, 2023.** The letter shall identify any and all remaining discovery disputes, and will serve as a joint proposed agenda for the next status conference.

(7) The parties' joint motion to extend the fact discovery deadline is **GRANTED**. (ECF 96 at 3). The deadline to complete fact discovery is extended from July 31, 2023, (ECF 79), to **September 21, 2023.**

(8) The Court will hold a status conference on **September 21, 2023, at 11:00 a.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007.

The Clerk of Court is respectfully directed to mail a copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

Dated: August 9, 2023
New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge