**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
MARY HURD BROWN,

               Plaintiff,

               -against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

               Defendant.

------------------------------------------------------------x

20-CV-2424 (JGLC) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of Defendant's and Plaintiff's requests to adjourn the status conference scheduled for September 21, 2023. (ECF Nos. 101 and 104). The Court extends its condolences to Ms. Brown.

Defendant's motion to adjourn (ECF 101) is **GRANTED**. The status conference scheduled for September 21, 2023, is **adjourned** and will be rescheduled at a later time.

The Clerk of Court is respectfully directed to close ECF 101. The Clerk of Court is also respectfully directed to mail a copy of this Order to the *pro se* Plaintiff.

Respectfully submitted,

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge

Dated: September 19, 2023
New York, New York