UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
MARY HURD BROWN,

           Plaintiff,

           -against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

           Defendant.
------------------------------------------------------------x

20-CV-2424 (JGLC) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court will hold a status conference **on October 31, 2023, at 11:00 a.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007.

The deadline to complete fact discovery is extended **until December 1, 2023.**

The parties are directed to meet and confer and file a joint status letter **on or before October 24, 2023**, about the outstanding discovery disputes detailed in the parties' previous letters (ECF Nos. 100 and 106). This joint status letter should inform the Court of any discovery disputes that have been resolved in advance of the status conference.

At the status conference, the Court will address:

- <u>Plaintiff's production of medical records</u>. Plaintiff is directed to produce a properly executed HIPAA authorization to Defendant.

- <u>Plaintiff's list of proposed deponents</u>: Alexandra Anormaliza; Superintendent Fred Walsh; Ms. L. Hayes, MLR Director; Dr. James Naughten; Beth Norton;

       Human Resources Director/Case Manager; Chancellor Banks; and John Woods.

- <u>Plaintiff's questioning of deponents regarding her state disciplinary charges</u>. Plaintiff is directed to review the transcript of the conference held before the Court on March 14, 2023 (ECF 80).

The Clerk of Court is respectfully directed to mail a copy of this Order to the *pro se* Plaintiff.

Respectfully submitted,

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge

Dated: September 21, 2023
New York, New York