**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
MARY HURD BROWN,

          Plaintiff,

         -against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

          Defendant.
-------------------------------------------------------------x

20-CV-2424 (JGLC) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held an in-person status conference on October 31, 2023.

As discussed at the conference, Defendant is directed to produce to Plaintiff the emails between Eric Friedman and Principal Gabbard discussing the events giving rise to Plaintiff's claim (*see* ECF Nos. 89, 108) by **November 10, 2023**.

Defendant is also directed to file a status letter about the status of its requests for Plaintiff's medical records by **December 1, 2023**. Plaintiff may file a response to Defendant's letter after December 1, 2023 if she wishes to do so, but is not required to do so.

Defendant's request for a protective order precluding Plaintiff from questioning any deponent in this case regarding her pending state disciplinary charges under Section 3020-a of the New York Education Law (*see* ECF 100) is **GRANTED**.

The Clerk of Court is respectfully directed to mail a copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

|  |  |
|---|---|
| Dated: November 1, 2023<br>New York, New York | *s/ Ona T. Wang*<br>**Ona T. Wang**<br>United States Magistrate Judge |