December 3, 2023

Via CM/ECF

Honorable Ona T. Wang

United States Magistrate Judge

Southern District of New York

500 Pearl Street, Courtroom 20D

New York, NY 10007

RE: Brown vs. New York City Department of Education

Civil Action # 1-20-cv-02424-VEC-OTW

Your Honor Judge Wang;

I am the Pro Se Plaintiff, Mary Hurd Brown and file this status letter per order ECF #110.

The NYC Department of Education sent files on November 16, 2023.  These two (2) files were marked Vol-001 Confidential & Vol_001 Not Confidential respectfully.  Your Honor Judge Wang these files I could not be opened via the said titled named files.

I informed Mr. Ellis immediately via email and asked that the files be sent via courier service or if no via USPS  to me immediately.  To date I have not received files; I gave a full physical address (137 E. 150 Street #2 Bronx, NY 10451) and have requested mail date with no response from Mr. Ellis to date either request.

Judge Wang I cannot prepare my depositions and call witnesses.

Please advise.

Thank you, your Honor, for your time and consideration to this matter.

Respectfully yours,

/s/

Mary Hurd Brown

Pro Se Plaintiff,

#20-cv-02424-vec-otw

P.O. Box 1113

Bronx, NY 10451