March 25, 2024

Honorable Judge Wang
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Courtroom 200
New York, NY 10007

                                RE: Brown vs NYC Dept. of Education
                                      1-20-cv-02424-vec-otw

Your Honor Judge Wang.

I am Mary Hurd Brown, Pro Se Plaintiff in the above matter. Per your suggestion I submitted additional interrogatories to NYC Dept of Education on February 6, 2024.

I did not receive a response from the DOE until March 12, 2024. In their response I was provided a n production of documents attachment, not answers to my Interrogatories. I followed up questioning the documents I received, and was told on March 15, 2024, via email that I exceeded my limit for questions and was issued a refusal to provide any further documentation.

Your Honor, Mr. Ellis, has delayed my ability to effectively represent my case and has impacted my opportunity to properly depose Mr. Friedman, the only living approved witness.

Your Honor Judge Wang I request instruction and/or guidance on how to proceed.

Thank you for your time and assistance regarding this matter.


Respectfully yours,

/s/
Mary Hurd Brown, Pro Se Plaintiff
P.O.Box 1113
Bronx, NY 10451
917 583 6385
1-20-cv-02424-vec-otw
.