**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
MARY HURD BROWN,

               Plaintiff,

               -against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

               Defendant.
-------------------------------------------------------------x

20-CV-2424 (JGLC) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court will hold an <u>in-person</u> Status Conference on **Wednesday, May 8, 2024 at 10 a.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007. The parties should be prepared to discuss the status of the case and ongoing discovery disputes.

The Clerk of Court is respectfully directed to mail a copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

Dated: April 18, 2024
      New York, New York

                                                _s/ Ona T. Wang_
                                                **Ona T. Wang**
                                                United States Magistrate Judge