UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

MARY HURD BROWN,

             Plaintiff,

             -against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

             Defendant.

------------------------------------------------------------x

20-CV-2424 (JGLC) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of ECF 120. Defendant's motion to adjourn is **GRANTED**. The in-person Status Conference scheduled for May 8, 2024 at 10 a.m. is **ADJOURNED** to **Wednesday, May 8, 2024 at 1 p.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007. The parties should be prepared to discuss the status of the case and ongoing discovery disputes.

The Clerk of Court is respectfully directed to mail a copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

Dated: April 30, 2024
New York, New York

                                                *s/ Ona T. Wang*
                                                **Ona T. Wang**
                                            United States Magistrate Judge