```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
MARY HURD BROWN,                                           :
                                                           :
                    Plaintiff,                             :    20-CV-2424 (JGLC) (OTW)
                                                           :
         -against-                                         :    ORDER
                                                           :
NEW YORK CITY DEPARTMENT OF                                :
EDUCATION,                                                 :
                                                           :
                    Defendant.                             :
                                                           :
-----------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held an in-person status conference on May 8, 2024.

For the reasons discussed on the record at the conference:

1) Plaintiff is directed to schedule the deposition of Eric Friedman **by June 28, 2024**.

2) Plaintiff is also directed to reach out to the six remaining medical providers about her medical records **by June 28, 2024.**

3) Defendant is directed to produce, on a rolling basis, the "comparator" documents discussed at the conference **by June 14, 2024.**

4) Plaintiff's request to depose Superintendent Fred Walsh, *see* ECF 122, is **DENIED WITHOUT PREJUDICE.**

5) The Court also notes Defendant's clarification at the status conference that Defendant's letter at ECF 116 incorrectly stated that counsel had recently discovered that "Larry Gabbard" was deceased. Defendant clarified at the conference that counsel recently learned that "John Garcia" also was deceased,

and that that was he had intended to convey in ECF 116. Accordingly, Plaintiff's request to depose John Garcia is **DENIED**.

6) The dispute regarding Plaintiff's interrogatories, *see* ECF Nos. 115, 116-1, will be addressed by separate order.

7) Defendant is directed to file a status letter about the status of discovery by **July 12, 2024**. Plaintiff <u>may</u> file a response to Defendant's letter, if she wishes to do so, **by July 19, 2024.** <u>Plaintiff is not required to file a response to Defendant's letter if she does not wish to do so</u>.

The Clerk of Court is respectfully directed to mail a copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

Dated: May 9, 2024  
New York, New York

<u>  s/ *Ona T. Wang*  </u>  
**Ona T. Wang**  
United States Magistrate Judge