**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
MARY HURD BROWN,                              :
                                              :
                        Plaintiff,            :     20-CV-2424 (JGLC) (OTW)
                                              :
             -against-                        :     ORDER
                                              :
NEW YORK CITY DEPARTMENT OF                   :
EDUCATION,                                    :
                                              :
                        Defendant.            :
                                              :
-------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of Plaintiff's letter at ECF 129.

The deadline for all discovery is hereby **extended to October 4, 2024**. <u>Further extensions of any discovery deadlines will not be granted absent a showing of good cause</u>.

The parties are directed to file a status letter **by October 4, 2024** proposing a briefing schedule for motions for summary judgment.

The Clerk of Court is respectfully directed to mail a copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

Dated: August 9, 2024
New York, New York

<u>s/ Ona T. Wang</u>
**Ona T. Wang**
United States Magistrate Judge