**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

MARY HURD BROWN,

          Plaintiff,

          -against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

          Defendant.

------------------------------------------------------------x

20-CV-2424 (JGLC) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of ECF 137.

Defendant's motion for an extension of time is **GRANTED.** The deadline for the parties to file their motions for summary judgment is hereby **EXTENDED** to **November 22, 2024**. Oppositions, if any, are due **January 10, 2025.** Replies, if any, are due **January 24, 2025.**

The Clerk of Court is respectfully directed to mail a copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

Dated: November 15, 2024
New York, New York

          *s/ Ona T. Wang*
          **Ona T. Wang**
          United States Magistrate Judge