**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
MARY HURD BROWN,

                      Plaintiff,

      -against-                                  20 **CIVIL** 2424 (JGLC)(OTW)

                                                      **JUDGMENT**

NEW YORK CITY DEPARTMENT OF
EDUCATION,

                      Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated October 1, 2025, having reviewed the motion papers, the Report and Recommendation, and Plaintiff's objections, the Court finds the Report and Recommendation to be well-reasoned and grounded in fact and law. The Report and Recommendation is ADOPTED in its entirety. Defendant's motion for summary judgment is GRANTED. Plaintiff's cross-motion for summary judgment is DENIED.

**Dated:**  New York, New York

       October 2, 2025

                                                        **TAMMI M. HELLWIG**
                                                        **Clerk of Court**

                             **BY:**           *K. Mango*

                                                        **Deputy Clerk**