UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARY HURD BROWN,

                Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

                Defendant.

20-CV-2424 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

      On October 1, 2025, the Court adopted Judge Ona Wang's Report and Recommendation in full, granting Defendant's motion for summary judgment. ECF No. 166. In doing so, the Court reviewed Plaintiff's various objections and concluded that Judge Wang's Report and Recommendation was "well-reasoned and grounded in fact and law." *Id.* at 5. Plaintiff now asks the Court to reconsider its decision. ECF No. 168. In particular, Plaintiff raises concerns about alleged conflicts of interest of the judge previously assigned to this matter and suggests that this case was transferred to the undersigned because of those supposed conflicts. *See id.* This case, however, was reassigned to the undersigned under the Court's Division of Business Rule 10 regarding Assignments to New Judges. It was not reassigned for any other reason. Accordingly, because Plaintiff raises no new or viable grounds for reconsideration, Plaintiff's request is DENIED.

Dated: October 22, 2025
       New York, New York

                                                                      SO ORDERED.

                                                                      JESSICA G. L. CLARKE
                                                                      United States District Judge